| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark A. Serlin, CSBN: 122155<br>SERLIN & WHITEFORD, LLP<br>701 E Street<br>Sacramento, CA 95814<br><br>TELEPHONE NO.: (916) 446-0790    FAX NO. *(Optional):* (916) 446-0791<br>E-MAIL ADDRESS *(Optional):* ms@swllplaw.com<br>ATTORNEY FOR *(Name):* Southern Response Services, Inc. | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF: Southern Response Services, Inc.

DEFENDANT: Promax Builders, Inc.

| | |
|---|---|
| [x] **RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING**<br>[ ] **ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING** | CASE NUMBER:<br>3:18-cv-07377 |

1. a. The application of plaintiff *(name):* Southern Response Services, Inc.
   for [x] a right to attach order and order for issuance of writ of attachment
   [ ] an order for issuance of additional writ of attachment
   against the property of defendant *(name):* Promax Builders, Inc. dba Procraft Builders
   came on for hearing as follows:
   (1) Judge *(name):* Elizabeth D. Laporte
   (2) Hearing date: March 6, 2019    Time: 9:00 a.m. [ ] Dept.: [ ] Div.: [x] Rm.: E
   b. The following persons were present at the hearing:
   (1) [ ] Plaintiff *(name):* Southern Response    (3) [x] Plaintiff's attorney *(name):* Mark A. Serlin
   Services, Inc.
   (2) [ ] Defendant *(name):* Promax Builders,    (4) [X] Defendant's attorney *(name):* Steven J. Sibley
   Inc.

2. **THE COURT FINDS**    **FINDINGS**
   a. Defendant *(specify name):* Promax Builders, Inc. dba Procraft Builders    is a [ ] natural person [ ] partnership
   [ ] unincorporated association [x] corporation [ ] other *(specify):*
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. [x] Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. [ ] The following property of defendant, described in plaintiffs application
   (1) [ ] is exempt from attachment *(specify):*

   (2) [ ] is not exempt from attachment *(specify):*

   h. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt,
   (1) [ ] is exempt from attachment *(specify):*

   (2) [ ] is not exempt from attachment *(specify):*

   i. [x] An undertaking in the amount of: $ 10,000.00    is required before a writ shall issue, and plaintiff
   [ ] has [x] has not    filed an undertaking in that amount.
   j. A Right to Attach Order was issued on *(date):* March 11, 2019    pursuant to
   [X] Code of Civil Procedure section 484.090 (on hearing)    [ ] Code of Civil Procedure section 485.220 (ex parte)
   k. [ ] other *(specify):*

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. July 1, 2010] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER<br>FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)** | Code of Civil Proc., §§ 482.030, 484.090;<br>Welfare & Institutions Code, § 15657.01 |

Legal
Solutions
Plus

| SHORT TITLE: Southern Response Services, Inc. v. Promax Builders, Inc. | CASE NUMBER:<br>3:18-cv-07377 |
| --- | --- |

## ORDER

3. THE COURT ORDERS

    a. Plaintiff has a right to attach property of defendant *(name):* Promax Builders, Inc. dba Procraft Builders
       in the amount of: $3,132,709.70

    b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.

    c. The clerk shall issue ☒ a writ of attachment ☐ an additional writ of attachment in the amount stated in item 3a
       ☐ forthwith ☒ upon the filing of an undertaking in the amount of: $10,000.00

       (1) ☒ for any property of a defendant who is **not** a natural person for which a method of levy is provided.

       (2) ☐ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil
             Procedure section 487.010 described as follows *(specify):*

       (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale
             of such property, described as follows *(specify):*

       (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license
             number is *(specify):*

    d. ☐ Defendant shall transfer to the levying officer possession of

       (1) ☐ any documentary evidence in defendant's possession of title to any property described in item 3c;

       (2) ☐ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;

       (3) ☐ the following property in defendant's possession *(specify):*

> **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

    e. ☐ Other *(specify):*

    f. Total number of boxes checked in item 3: 3

Date: March 11, 2019

_____
Elizbth D. Laporte
JUDICIAL OFFICER